Prob12B
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 24, 2022**

Name of Offender: **Ricardo Thomas Arballo**

Case Number:  **2:19CR00261**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **February 26, 2021**

Original Offense: **Possession of Unregistered Firearm**

Original Sentence: **12 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 18, 2022**

**PETITIONING THE COURT**

1.  ☒ To modify the conditions of supervision as follows:

    **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

**CAUSE**

On February 26, 2021, Arballo was sentenced to 12 months custody and 36 months supervised release for committing the offense of Possession of Unregistered Firearm. His supervised release commenced on February 18, 2022 in the District of Nevada.

On February 22, 2022, Arballo reported to the office and advised our office he would be requesting halfway house placement based on his lack of stable residence. He reported he would be residing with his grandmother, but she has plans to add additional family to the home and he would not be able to reside with her. Arballo advised he should be able to get his union job back and would be able to save up enough money to get his own place within the 120-day stay at the RRC.

**RE: Ricardo Thomas Arballo**

Prob12B
D/NV Form
Rev. June 2014

Attached is a waiver of hearing form signed by Arballo to modify his conditions accordingly. He was explained his right to a hearing and the assistance of counsel but waived those rights and agreed to the requested modification.

Respectfully submitted,

Digitally signed by
Kamuela Kapanui
Date: 2022.02.24
12:45:05 -08'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

Digitally signed by Joy
Gabonia
Date: 2022.02.24 12:19:21
-08'00'

Joy Gabonia
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

☑     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_____February 25, 2022_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

Witness _____      Signed X _____
U.S. Probation Officer                                Probationer or Supervised Releasee


2·22· 2022
_____
Date