JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6268
Fax: (702) 388-6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RICARDO THOMAS ARBALLO,<br><br>                    Defendant. | Case No.: 2:19-cr-00261-APG-NJK<br><br>**Stipulation to Continue Revocation Hearing (First Request)** |

IT IS HEREBY STIPULATED by and between JASON M. FRIERSON, United States Attorney, through JESSICA OLIVA, Assistant United States Attorney, counsel for the United States of America, and JASON THOMAS ARBALLO, through DAMIAN SHEETS, ESQ., counsel for Defendant Arballo, that the revocation hearing in the above-captioned matter currently scheduled for February 7, 2024 at the hour of 1:30 p.m., be vacated and continued no earlier than 120 days to a date and time convenient to the Court. This is the first request for continuance of Mr. Arballo's revocation hearing date.

This Stipulation is entered into for the following reasons:

1. Mr. Arballo has requirements to complete in a state court case. Mr. Arballo's supervising officer recommends continuing Mr. Arballo's revocation hearing by 120 days to allow Mr. Arballo time to complete those requirements.

2. Mr. Arballo is not in custody and does not object to the continuance.

3. Mr. Arballo's supervising Probation Officer Kamuela Kapanui agrees to the continuance.

4. The parties agree to the continuance.

5. For the above-stated reason, the ends of justice would best be served by a continuance of the revocation hearing date.

Respectfully submitted this 6th day of February, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Damian Sheets
DAMIAN SHEETS, ESQ.
Counsel for Defendant ARBALLO

/s/ Jessica Oliva
JESSICA OLIVA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO THOMAS ARBALLO,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00261-APG-NJK<br><br>**[Proposed] Order on Stipulation to Continue Revocation Hearing (First Request)** |

Based on the stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 7, 2024 at 1:30 p.m. be vacated and continued to __June 11, 2024__ at the hour of __10:00 a.m.__ in Courtroom 6C before Judge Andrew P. Gordon.

DATED this __6th__ day of February, 2024.

_____
HONORABLE ANDREW P. GORDON
DISTRICT COURT JUDGE