**SUBT**
NEVADA DEFENSE GROUP
DAMIAN R. SHEETS, ESQ.
Nevada Bar No. 10755
1389 W. Galleria Drive, Suite 200
Henderson, Nevada 89014
t: (702) 988-2600
f: (702) 988-9500
dsheets@defendingnevada.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO: 2:19-cr-00261-APG-NJK |
| Plaintiff, | |
| -vs- | Motion to Substitute Attorney |
| RICARDO ARBALLO, | |
| Defendant | |

Defendant, RICARDO ARBALLO, appearing by and through his counsel DAMIAN R. SHEETS, ESQ., of the Law Offices of NEVADA DEFENSE GROUP, 1389 W. Galleria Drive, Suite 200, Henderson NV 89014, and hereby moves to substitute in as counsel of record in place and stead of FEDERAL PUBLIC DEFENDER, 411 E. Bonneville Ave., Las Vegas, NV 89101.

The undersigned is contemporaneously filing a designation of retained counsel, signed by Mr. Arballo, and has notified the federal public defender of his pending substitution.

DATED this 5th day of February, 2024

s/Damian R. Sheets
DAMIAN R. SHEETS
Nevada Bar No. 10755

APPROVED:

DATED this  6th  day of   February  , 2024.

_____
UNITED STATES DISTRICT JUDGE