Damian R. Sheets, Esq.
Nevada Defense Group
Nevada Bar No. 10755
1389 West Galleria Drive, Suite 200
Henderson, Nevada 89014
Tel: (702) 988-2600
Fax: (702) 988-9500
dsheets@defendingnevada.com
*Attorneys for the Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>RICARDO THOMAS ARBALLO,<br><br>       Defendant. | Case No.: 2:19-cr-00261-APG-NJK<br><br>**Stipulation to Continue Revocation Hearing (Second Request)** |

IT IS HEREBY STIPULATED by and between JASON M. FRIERSON, United States Attorney, through JESSICA OLIVA, Assistant United States Attorney, counsel for the United States of America, and JASON THOMAS ARBALLO, through DAMIAN SHEETS, ESQ., counsel for Defendant Arballo, that the revocation hearing in the above-captioned matter currently scheduled for August 1, 2024 at the hour of 9:45am be vacated and continued to a date and time convenient to the Court, but no earlier than August 14, 2024. This is the second request for continuance of Mr. Arballo's revocation hearing date.

This Stipulation is entered into for the following reasons:

1. Mr. Arballo has completed his requirements in his state court case and that case has concluded.

2. Mr. Arballo's counsel will be out of the United States until end of the day on August 12, 2024.

3. Mr. Arballo is not in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. For the above-stated reason, the ends of justice would best be served by a continuance of the revocation hearing date.

Respectfully submitted this 23rd day of July, 2024.

|  |  |
|---|---|
| /s/ Damian Sheets | /s/ Jessica Oliva |
| DAMIAN SHEETS, ESQ. | JESSICA OLIVA |
| Counsel for Defendant ARBALLO | Assistant United States Attorney |

JASON M. FRIERSON
United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO THOMAS ARBALLO,<br><br>Defendant. | Case No.: 2:19-cr-00261-APG-NJK<br><br>Order Granting Stipulation to<br>Continue Revocation Hearing<br>(Second Request) |

Based on the stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 1, 2024 at 9:45am, be vacated and continued to <u>August 20, 2024</u> at the hour of <u>1:30 p.m.</u> in Courtroom 6C before Judge Andrew P. Gordon.

DATED this <u>23rd</u> day of July, 2024.

_____
HONORABLE ANDREW P. GORDON
DISTRICT COURT JUDGE